# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**GREG COLLINS, et al., on behalf of themselves and all others similarly situated**     **PLAINTIFFS**

**v.**     **CAUSE NO. 1:19-cv-51-LG-RPM**

**TREASURE BAY LLC, et al.**

    **DEFENDANTS**

## AGREED JUDGMENT OF DISMISSAL

The parties having agreed to and announced to the Court a settlement of this case, and the Court being advised that all parties have an informed understanding of their rights and a full appreciation of the consequences of the settlement, and the Court being desirous that this matter be finally closed on its docket;

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this case is hereby **DISMISSED WITH PREJUDICE** as to all parties with each party to bear its own costs.

**SO ORDERED AND ADJUDGED** this the 21st day of January, 2021.

*s/ Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge